UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY CRAWFORD,<br><br>        Petitioner,<br><br>  v.<br><br>L.S. McEWEN,<br><br>        Respondent. | No. CV 12-2923-GHK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: 11/25/12

_____
GEORGE H. KING
United States District Judge